UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
April 20, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
_____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. Cr S-03-0492 LKK |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| MICHAEL ALLEN CADDICK, ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Michael Allen Caddick</u>, Case No. <u>Cr S-03-0492 LKK</u>, Charge <u>Title 18 USC § 3606</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

  **X** Release on Personal Recognizance

  ___ Bail Posted in the Sum of $ _____

    ___ Unsecured Appearance Bond

    ___ Appearance Bond with 10% Deposit

    ___ Appearance Bond with Surety

    ___ Corporate Surety Bail Bond

  **X** (Other) _On Supervised Release w/ Modified Conditions as stated in court._

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on _April 20, 2007_ at _2:20_ pm .

          By _____
            Dale A. Drozd
            United States Magistrate Judge

Original - U.S. Marshal

Michael Allen Caddick
Docket No.: 2:03CR00492-01

**Proposed conditions of release pending further violation proceedings**: All previously ordered conditions and special conditions, plus the following modified special conditions

1. The defendant shall abstain from the use, or possession of alcoholic beverages and shall not frequent those places where alcohol is the chief item of sale.

2. The defendant shall comply with the conditions of home detention, as directed by the probation officer. During this time, the defendant will remain at his place of residence except for employment and other activities approved in advance by the probation officer. The defendant will maintain telephone service at his place of residence without an answering device, call forwarding, a modem, caller ID, call waiting, or a cordless telephone for the above period.

   At the discretion of the probation officer, the defendant shall wear an electronic monitoring device and follow electronic monitoring procedures as specified by the probation officer. The defendant shall pay the cost of electronic monitoring as determined by the probation officer.

   At the discretion of the probation officer the defendant shall be subject to electronic alcohol monitoring procedures as specified by the probation officer. The defendant shall pay the cost of electronic alcohol monitoring as determined by the probation officer.

3. The defendant shall not operate a motor vehicle.