1  DANIEL BRODERICK, Bar #89424
   Federal Defender
2  MARY M. FRENCH, #126643
   Supervising Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd. Floor
4  Sacramento, California  95814
   Telephone: (916) 498-5700
5  Attorney for Defendant
   MICHAEL ALLEN CADDICK

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )  CASE NO. CR-S-03-0492 LKK
                                  )
12            Plaintiff,          )
                                  )  **ORDER AFTER HEARING**
13    v.                          )
                                  )
14                                )
   MICHAEL ALLEN CADDICK,         )
15                                )
              Defendant.          )
16 _____

17      This matter came on for an initial appearance re revocation of

18 supervised release on August 7, 2007, in the courtroom of the Honorable

19 Lawrence K. Karlton.  Assistant United States Attorney William Wong

20 appeared on behalf of plaintiff the United States of America.

21 Supervising Assistant Federal Defender Mary M. French appeared on

22 behalf of defendant MICHAEL ALLEN CADDICK, who was in state custody and

23 not present.  Defense counsel was ordered to prepare a formal writ to

24 transport defendant from state custody.  At that time, an initial

25 appearance on revocation proceedings hearing date of September 5, 2007,

26 at 9:30 a.m. was set. Subsequently, the parties agreed to reschedule

27 the initial appearance to September 11, 2007, due to the unavailability

28 of defense counsel.

1  Accordingly, the parties agreed to exclude time from calculation

2  under the Speedy Trial Act, pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv)

3  and Local Code T4, for preparation of counsel, from August 7, 2007, up

4  to and including September 11, 2007.

5  Good cause appearing therefor,

6  IT IS ORDERED that defense counsel will prepare a formal writ

7  commanding the U.S. Marshal to transport defendant from state custody.

8  IT IS FURTHER ORDERED that an initial appearance on revocation

9  hearing in this matter will be held on September 11, 2007, at 9:30 a.m.

10  IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)

11  (iv) and Local Code T4, the period from August 7, 2007, up to and

12  including September 11, 2007, is excluded from the time computations

13  required by the Speedy Trial Act due to ongoing preparation of counsel.

14

Dated:   August 9, 2007

15

16  _____
    LAWRENCE K. KARLTON
17  SENIOR JUDGE
    UNITED STATES DISTRICT COURT
18

19

20

21

22

23

24

25

26

27

28

Order After Hearing                          2