DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARY M. FRENCH, Bar #126643
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MICHAEL ALLEN CADDICK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-03-492-LKK |
| ) Plaintiff, ) | |
| ) | **APPLICATION FOR WRIT OF HABEAS** |
| v. ) | **CORPUS AD PROSEQUENDUM** |
| ) | |
| MICHAEL ALLEN CADDICK, ) | |
| ) | Date: September 11, 2007 |
| Defendant. ) | Time: 9:30 a.m. |
| ) | Judge: Hon. Lawrence K. Karlton |
| _____ ) | |

Comes now the defendant, by the Federal Defender, and represents as follows:

1. On February 23, 2005, the United States District Court for the Eastern District of California sentenced defendant MICHAEL ALLEN CADDICK to 25 months' imprisonment and a 3-year term of supervised release for his conviction of one count of Felon in Possession of Ammunition. He started his term of supervised release on August 26, 2006.

2. On January 11, 2007, a supervised release petition was

filed with the district court alleging that Mr. Caddick violated the terms of his supervised release for failure to comply with all of the terms and conditions of his supervised release.

3. A hearing was held on April 20, 2007, and defendant was released from custody with modified conditions of supervision and a final revocation hearing was set for May 1, 2007,

4. On May 1, 2007, Mr. Caddick admitted to charges as alleged in the Petition Violation. At that time, all parties agreed to postpone the disposition for 3 months to give defendant the opportunity to comply with all conditions of release. The final disposition hearing was set for August 7, 2007.

5. Subsequently, Mr. Caddick was arrested by state authorities and is now serving a state sentence of 16 months.

6. Mr. Caddick is currently detained at Duel Vocational Institute (DVI) Tracy, California. Mr. Caddick's supervised release disposition hearing is currently set for September 11, 2007, and he requests that he be transported to the district court to address the pending petition.

7. In order to secure the presence of the defendant, it is necessary that a Writ of Habeas Corpus Ad Prosequendum be issued commanding the Warden, Sheriff or Jailor to produce the defendant in court on said date, and at such other dates as may be necessary in order to procure defendant's presence for other proceedings incident thereto.

WHEREFORE, petitioner defendant prays for an order directing the issuance of a Writ of Habeas Corpus Ad Prosequendum, out of and under the seal of this Court, directed to the Warden, Sheriff or Jailor, commanding him to have and produce the above-named defendant in the

1  United States District Court at said time, and then and there to
2  present the defendant before the Court, and from day to day thereafter
3  as may be necessary, and at the termination of the proceedings against
4  the defendant, to return defendant to the custody of the Warden,
5  Sheriff or Jailor.  A proposed Writ of Habeas Corpus Ad Prosequendum
6  has been separately lodged with the district court.

7       DATED: August 15, 2007            /s/ Mary M. French
8                                         MARY M. FRENCH
                                          Supervising Assistant
9                                         Federal Defender
                                          Attorney for Defendant
10                                        MICHAEL ALLEN CADDICK

- - - - - - - - - - - - - - - - - -

**O R D E R**

Upon reading the filing and foregoing application in that behalf, **IT IS HEREBY ORDERED** that a Writ of Habeas Corpus Ad Prosequendum issue as prayed for herein.

DATED: August 20, 2007.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3